UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Jones<br><br>        Plaintiff<br><br>v.<br><br>NCO Financial Services, et al<br><br>        Defendants | Case Number:<br>13-CV-12101-DJC |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Brian F. Hogencamp, Esq, of the Law Firm Lustig, Glaser & Wilson P.C., on behalf of Lustig, Glaser & Wilson P.C., a Defendant herein.

                                        Respectfully Submitted,
                                        Lustig, Glaser & Wilson P.C.
                                        Defendant, by its attorneys


                                        /s/ Brian F. Hogencamp
                                        Brian F. Hogencamp, BBO#674518
                                        Lustig, Glaser & Wilson P.C.
                                        P.O. box 549287
                                        Waltham, MA 02454
                                        (781) 514-1524
                                        bhogencamp@lgw.com


### Certificate of Service

I, Brian F Hogencamp, hereby affirm that this document filed by ECF will be sent electronically to the participants as identified on the Notice of Electronic Filing (NEF) and that paper copies were sent to Plaintiff, Paul Jones, at 572 Park Street, Stoughton MA 02072 on August 29, 2013.

                                        /s/ Brian F. Hogencamp
                                        Brian F. Hogencamp, BBO#674518