UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                    Civil Action No.  1 : 13-cV-12101 DJC

V.

NCO FINANCIAL SERVICES

ACTION COLLECION AGENCY

CAPITAL ONE CREDIT CARD

HOLLIS COBB RECEIVABLE MANAGEMENT PROFESSINALS

HSBC CARD SERVICE INC.

THE LAW OFFICES OF GARY H. KREPPEL, P.C

JEFERSON CAPITAL SYSTEMS LLC.

MIDLAND CREDIT MANAGEMENT INC.

LUSTIG GLASER & WILSON P.C

FREDRICK J HANNA

EBAY INC.

BILL ME LATER

Defendants

## FIRST AMENDED COMPLAINT

### Parties

1.  The Plaintiff is a resident of Stoughton, County of Norfolk, Massachusetts and a citizen of the United States.

2.  Defendant NCO Financial Systems (hereafter NCO) is Business and a furnisher of information and has a usual place of business at 507 Prudential Road Horsham, PA.

3.  Defendant Action Collection Agency (hereafter Action) is a debt collection company with a usually address of 16 Commerce Boulevard, Unit #4, Middleboro, MA 02346.

4.  Defendant Capital One Credit Card (hereafter Capital) is a debt collection company with a usually address of 15000 Capital One Drive, Richmond Virginia.

5.  Defendant Hollis Cobb Receivable Management Professionals (hereafter Hollis) is a debt collection company with a usually address of 4366 Park Drive, Norcross, GA 30093.

6.  Defendant HSCB Card Services Inc. (hereafter HSBC) is a debt collection agency with a usually address of 26525 N River woods Boulevard, Mettawa, IL60045-3438.

7.  Defendant The Law Office of Gary H. Kreppel (hereafter Gary) is a debt collection agency with a usually address of 33 Boston Post Road West, suite 590, Marlborough, Ma 01752.

8.  Defendant Jefferson Capital Systems LLC. (hereafter Jefferson) is a debt collection agency with a usually address of16 Mcleland Road, St Cloud, MN 56303.

9.  Defendant Midland Credit management, Inc is a debt collection agency with a usually address of 8875 Aero Drive, STE 200, San Diego, Ca 92123.

10. Defendant Lustig Glaser & Wilson P.C is a law firm that regularly collects defaulted debts with a usually place of business located at 245 Winter St #300  Waltham, MA 02451

11. Defendant Fredrick J. Hannah, Inc is a debt collection agency with a usually address of 1427 Roswell Road, Marietta, GA 30062

12. Defendant EBay Inc is the parent company of Bill Me later with a usually address of 2065 Hamilton Avenue, San Jose, CA 95125.

13. Defendant Bill Me Later is a debt collection agency and a parent company of Bill Me later with a usually address of 2065 Hamilton Avenue, San Jose, CA 95125.

## Jurisdiction

13. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

14. Jurisdiction of this Court arises pursuant to 47 U.S.C. § 227 et Seq. This action arises out of Defendants' violations of the Telephone Consumer Protection Act ("TCPA"), violations of orders, rules and regulations promulgated the Federal Communications Commission (FCC) relating to the TCPA, the National Do Not Call registry and by its invasion of Plaintiff's privacy by repeatedly calling Plaintiff after Plaintiff requested Defendant to stop calling.

15. Venue is proper in this Court because the acts and transactions occurred here, Plaintiff resides here, and Defendants transacted business here.

16. DefendantsNCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay & Bill Me Later intentionally reached into that Massachusetts, availing itself of the protection of the laws of Massachusetts, and Defendant's acts in that Massachusetts gave rise to the cause of action asserted herein.

## Facts

17. All conditions precedent to the bringing of this action has been performed.

18. No defendants had an established business relationship with the plaintiff.

19. No defendant ever had prior express or invitation or permission to contact the plaintiff.

20. All calls made to the plaintiff were unsolicited.

21. All calls to the plaintiff were made without the prior express consent of the called party.

22. Plaintiff has a service for which the called party (plaintiff) is charged for the call, when a debt collector calls for a person other than the owner of the number it is a violation of the Telephone Consumer Protection Act 47 USC § 227, Massachusetts Debt Collection Regulation Act 940 CMR 7.00 and Massachusetts Unfair & Deceptive trade Practices Act.

23. The defendants NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, EBay & Bill Me Later willfully or knowingly violated this subsection or the regulations prescribed under the 47 USC § 227 act.

24. This is not Defendant's NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, EBay & Bill Me Later first attempt to illegally collect this debt.

25. On information and belief, when Defendant made these calls, it used equipment that had the capacity to store or produce telephone numbers to be called, using a random or sequential number generator and/or a predictive dialer; with the capacity to dial such numbers.

26. After receipt of the first prohibited call, Plaintiff made at least several attempts to demand Defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay & Bill Me Later to cease and desist there calls to the wrong party.

27. At no time did Plaintiff provide prior express permission for anyone to call his telephone numbers using equipment that has the capacity to store or produce random or sequential telephone numbers and / or with the use of a predictive dialer.

   28. Defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay& Bill Me Later does not have, and has never had, an established business relationship with Plaintiff.

   29. Despite the letters and phone calls from Plaintiff asking defendants to cease & desist, all Defendants continued to place prohibited calls to Plaintiff's assigned telephone numbers for which the called party (Plaintiff) was charged.

   30. Plaintiff has a contract with his phone provider for 2000 minutes per month defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay& Bill Me Later has caused plaintiff to pay overage bills sometime double his bill.

   31. Plaintiff has been charged in some instances over 500 in overage on his phone bill per month for the last 30 months.

   32. Plaintiff consulted his telephone carrier regarding why plaintiffs bills were so high monthly and it showed that plaintiff has been receiving unwanted calls by companies that have no business with plaintiff.

   33. Plaintiff seeks damages for any and all calls that Defendant made to Plaintiff's telephone number in violation of the TCPA and the rules, regulations and orders promulgated by the FCC including but not limited to damages for any calls that defendant made which Plaintiff is unaware of, for Defendant's failure to provide a copy of its do-not-call policy, failure to properly scrub the national DNC as required

by the FCC, failure to properly maintain and update its company specific DNC call list, and failure to accommodate Plaintiffs requests to stop calling, failure to train and monitor its employees about the existence of both the national and state required lists and to enforce the requirement that DNC requests be recorded, failure to stop all calls to the subscriber made within 10 years of consumer request to place his number on company DNC, failure to employ a version of the national "do-not-call" registry obtained from the Commission no more than thirty-one (31) days prior to the date any call is made, and to maintain records documenting this process, failure to sufficiently identify individual telemarketer name, his or her employer caller and business entity on whose behalf the calls were being made, or the causing Defendant's telephone number to be blocked from the subscriber's caller ID.

34. Defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay& Bill Me Later calls to plaintiffs VOIP telephone numbers was for another individual that had an account with defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick and EBay& Bill Me Later.

35. It is a violation of the TCPA, MGL 93a and the Massachusetts Debt Collection Regulation Act to even make a call to someone's(when they are charged for the call) phone looking for another party.

36. Plaintiff purchased several numbers (recycled telephone numbers) since 2001 thru 2010 that previously belong to the individual that the defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay& Bill Me Later had business with.

37. Defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay& Bill Me Later had a duty to make sure that their client still owned the number before they called several times looking for the previous owner of plaintiff telephone number.

38. Plaintiff informed all defendants when they called that the person they are looking for no longer owns the telephone number and that they were violating Federal & State law and to please remove the number from their call center plaintiff was informed that the number would be removed but in some cases the calls kept coming in some instances as of August 24, 2013.

39. Defendant NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay& Bill Me Later has violated the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1)(A)(iii) and 47 U.S.C. §227(b)(2)(5), and Defendants have violated several Federal & State Laws plaintiff contends that the defendant has violated such laws by repeatedly harassing plaintiff in attempts to collect alleged but nonexistent debt.

40. Defendant Capital and NCO violated the Fair Credit Reporting Act (hereafter FCRA) by Pulling Plaintiffs credit on several occasions without plaintiffs consent.

41. Plaintiff applied for a line of credit and was denied because of inaccurate and derogatory information being reported on my credit reports by Defendants NCO and Capital One.

42. Plaintiff will prove case though discovery upon all Defendants and jury trial in the Federal Court.

43. Plaintiff tried to be reasonable with Defendants several times and settle this matter outside of court.

44. Plaintiff pulled his consumer credit reports from the three major credit reporting agencies and found derogatory entries by Defendant Capital and NCO.

45. NCO has pulled Plaintiff Consumer Credit report several times since 2009 plaintiff has no business dealings with defendant NCO and does not know why NCO is in plaintiff consumer credit file.

46. Defendant Capital One pulled plaintiff credit report on September **20, 22, 28 of 2011**, October **5, 19, 26** of 2011, November **4, 12, 17** of 2011, December **7, 15, 21** of 2011 and plaintiff had no business dealing with defendant Capital One on those dates and plaintiff never received a valid offer of credit.

47. Plaintiff has suffered embarrassing denial of credit due to defendants Inquiries on plaintiffs credit reports and has been damaged and needs relief.

48. Plaintiff spoke with NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick,Ebay& Bill Me Later and informed them of their violations and tried to settle this matter several times.

49.Defendant NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, EBay & Bill Me Later has called Plaintiffs telephone phone number over **700** times in the last 2 years with robo type phone calls or an Automatic Dialing System.

50. Plaintiff has never contracted any business with defendants.

51. Defendant NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, EBay & Bill Me Later placed calls to Plaintiff's telephone phone numbers using automatic dialing system some time 7-10 times a day.

52. Plaintiff has memorialized most of calls.

53. TCPA violations are within the statute of limitations as defined in **TCPA 47 U.S.C. §227 4 years.**

54. Defendant Capital & HSBC called plaintiff telephone number with an automatic dialing system that had the capability to store numbers without plaintiff express consent.

55. Defendant Capital purchased HSBC and is the parent company responsible for their actions.

56. Defendant Capital& HSBC called Plaintiffs telephone number asking for a Mr. Kenneth Lam over 50 times plaintiff informed defendant Capital they had the wrong number but they refused to believe that whom they were speaking to was not Mr. Kenneth Lam.

57. Defendant Capital violated the FDCPA, MGL 93a, MDCRA & the on each separate call made to plaintiff.

58. Telephone Consumer Protection Act :(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call; on at least**:

| 08/21/2013 Wed 8:05 PM | (917) 259-6548 | **(800) 213-3798** |
|---|---|---|
| 08/21/2013 Wed 6:21 PM | (917) 259-6548 | (800) 213-3798 |
| 08/21 /2013 Wed | (917) 259-6548 | (800) 213-3798 |

4:43
PM

08/21
/2013
Wed (917) 259-6548     (800) 213-3798
1:56
PM

08/20/2013
Tue
1:51 (917) 259-6548     (800) 213-3798
PM

08/19/2013
Mon
2:12 (917) 259-6548     (800) 213-3798
PM

08/18/2013
Sun
3:56 (917) 259-6548     (800) 213-3798
PM

08/18/2013
Sun
3:03 (917) 259-6548     (800) 213-3798
PM

08/18/2013
Sun
2:07 (917) 259-6548     (800) 213-3798
PM

08/18/2013
Sun
1:29 (917) 259-6548     (800) 213-3798
PM

08/17/2013
Sat
2:30 (917) 259-6548     (800) 213-3798
PM

08/17/2013
Sat
1:19 (917) 259-6548     (800) 213-3798
PM

8/16/2013
Fri
7:13 (917) 259-6548     (800) 213-3798
PM

08/16/2013
Fri
3:07 (917) 259-6548     (800) 213-3798
PM

08/13/2013 (917) 259-6548     (800) 213-3798

| | | |
|---|---|---|
| Tue 2:34 PM | | |
| 08/12/2013 Mon 5:54 PM | (917) 259-6548 | (800) 213-3798 |
| 08/12/2013 Mon 4:35 PM | (917) 259-6548 | (800) 213-3798 |
| 08/12/2013 Mon 3:29 PM | (917) 259-6548 | (800) 213-3798 |
| 08/12/2013 Mon 2:24 PM | (917) 259-6548 | (800) 213-3798 |
| 08/11/2013 Sun 6:14 PM | (917) 259-6548 | (800) 213-3798 |
| 08/11 /2013 Sun 4:26 PM | (917) 259-6548 | (800) 213-3798 |
| 08/11/2013 Sun 2:33 PM | (917) 259-6548 | (800) 213-3798 |
| 08/10/2013 Sat 5:58 PM | (917) 259-6548 | (800) 213-3798 |
| 08/10/2013 Sat 4:48 PM | (917) 259-6548 | (800) 213-3798 |
| 8/10/2013 Sat 3:40 PM | (917) 259-6548 | (800) 213-3798 |
| 08/10/2013 Sat 2:07 PM | (917) 259-6548 | (800) 213-3798 |

| | | |
|---|---|---|
| 08/09/2013 Fri 6:12 PM | (917) 259-6548 | 800) 213-3798 |
| 08/09/2013 Fri 5:06 PM | (917) 259-6548 | (800) 213-3798 |
| 08/09/2013 Fri 4:09 PM | (917) 259-6548 | (800) 213-3798 |
| 8/09/2013 Fri 2:46 PM | (917) 259-6548 | (800) 213-3798 |
| 8/09/2013 Fri 1:27 PM | (917) 259-6548 | (800) 213-3798 |

59. Defendant Action called Plaintiffs telephone number & plaintiff was charged for the call a violation of the Telephone Consumer Protection Act :(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call; on at least**:

August 4, 20122, 7:50pm

August 5, 2011, 8:53

August 5, 2011 4:53 pm

September 21, 2011 7:09 pm

60. Defendant HSBC called plaintiff telephone number with an automatic dialing system that had the capability to store numbers.

61. Defendant HSBC called Plaintiffs telephone number over 50 times and plaintiff was charged for the call a violation of the Telephone Consumer Protection Act: (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call; on at least**:

5/21/2013 1:12 pm from 800-684-8429

5/21/2013 2:50 pm from 800-684-8429

5/21/2013 4:00 pm from 800-684-8429

5/21/2013 4:50 pm from 800-684-8429

5/21/2013 5:47pm from 800-684-8429

5/21/2013 6:19 pm from 800-684-8429

5/20/2013 2:06 pm from 800-684-8429

5/19/2013 1:16 pm from 800-684-8429

5/19/2013 1:56 pm from 800-684-8429

5/19/2013 3:11 pm from 800-684-8429

62.  Defendant NCO called plaintiff telephone number with an automatic dialing system that had the capability
     to store numbers.

63.  Defendant NCO called Plaintiffs telephone number over 400 times and plaintiff was charged for the call a
     violation of the Telephone Consumer Protection Act (iii) to any telephone number assigned to a paging
     service, cellular telephone service, specialized mobile radio service, or other radio common carrier
     service, **or any service for which the called party is charged for the call; on at least**:

| | | | | | |
|---|---|---|---|---|---|
| 09/22/2011 | Thu | 10:14 AM | Paul Jones | 00:01:09 | 8003795209 |
| 09/27/2011 | Tue | 10:31 AM | Paul Jones | 00:01:17 | 8003795209 |
| 09/30/2011 | Fri | 10:59 AM | Paul Jones | 00:00:31 | 8003795209 |
| 10/05/2011 | Wed | 10:42 AM | Paul Jones | 00:00:15 | 8003795209 |
| 10/10/2011 | Mon | 03:38 P | Paul Jo | 00:00:38 | 8003795209 |

| Date | Day | Time | | Name | Duration | Caller Number |
|---|---|---|---|---|---|---|
| | | | M | nes | | |
| | | | | Paul | | |
| | | 11:30 | | Jo | | |
| | | A | | ne | | |
| 10/13/2011 | Thu | M | | s | 00:00:14 | 8003795209 |
| | | | | Paul | | |
| | | 11:38 | | Jo | | |
| | | A | | ne | | |
| 10/18/2011 | Tue | M | | s | 00:00:11 | 8003795209 |
| | | | | Paul | | |
| | | 10:02 | | Jo | | |
| | | A | | ne | | |
| 10/21/2011 | Fri | M | | s | 00:00:48 | 8003795209 |
| | | | | Paul | | |
| | | 11:05 | | Jo | | |
| | | A | | ne | | |
| 10/26/2011 | Wed | M | | s | 00:00:31 | 8003795209 |
| | | | | Paul | | |
| | | 08:45 | | Jo | | |
| | | A | | ne | | |
| 10/29/2011 | Sat | M | | s | 00:00:38 | 8003795209 |
| | | | | Paul | | |
| | | 09:56 | | Jo | | |
| | | A | | ne | | |
| 11/03/2011 | Thu | M | | s | 00:00:39 | 8003795209 |
| | | | | Paul | | |
| | | 06:10 | | Jo | | |
| | | P | | ne | | |
| 11/07/2011 | Mon | M | | s | 00:00:38 | 8003795209 |
| | | | | Paul | | |
| | | 09:43 | | Jo | | |
| | | A | | ne | | |
| 11/15/2011 | Tue | M | | s | 00:00:16 | 8003795209 |
| | | | | Paul | | |
| | | 08:40 | | Jo | | |
| | | A | | ne | | |
| 11/19/2011 | Sat | M | | s | 00:00:58 | 8003795209 |

| Date | Day | Time | Ad d r e s s e e | Result | Duration | Caller Number |

| | | 1:01 | | | | |
| | | P | | | | (800) 408- |
| 7/28/2012 | Sat | M | TBD | C | 0:00:55 | 3617 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/2012 | Mon | 12:25 P M | TBD | C | 0:00:53 | (800) 408-3617 |
| 7/31/2012 | Tue | 11:03 A M | TBD | A | 0:00:11 | (800) 408-3617 |
| 7/31/2012 | Tue | 1:59 P M | TBD | C | 0:00:57 | (800) 408-3617 |
| 8/1/2012 | Wed | 7:25 P M | TBD | A | 0:00:10 | (800) 408-3617 |
| 8/2/2012 | Thu | 2:04 P M | TBD | N | 0:00:13 | (800) 408-3617 |
| 8/2/2012 | Thu | 6:05 P M | TBD | C | 0:00:53 | (800) 408-3617 |
| 8/3/2012 | Fri | 11:08 A M | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/3/2012 | Fri | 2:27 P M | TBD | A | 0:00:10 | (800) 408-3617 |
| 8/4/2012 | Sat | 11:02 A M | TBD | C | 0:00:56 | (800) 408-3617 |
| 8/6/2012 | Mon | 11:03 A M | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/6/2012 | Mon | 2:23 P M | TBD | A | 0:00:10 | (800) 408-3617 |
| 8/6/2012 | Mon | 3:47 P M | TBD | C | 0:00:56 | (800) 408-3617 |
| 8/7/2012 | Tue | 11:02 | TBD | C | 0:00:53 | (800) 408- |

| | | | | | |
|---|---|---|---|---|---|
| | | A M | | | 3617 |
| 8/8/2012 | Wed | 1:13 P M | TBD | C | 0:00:53 | (800) 408-3617 |
| 8/9/2012 | Thu | 1:28 P M | TBD | N | 0:00:12 | (800) 408-3617 |
| 8/9/2012 | Thu | 2:46 P M | TBD | C | 0:00:53 | (800) 408-3617 |
| 8/10/2012 | Fri | 11:03 A M | TBD | A | 0:00:04 | (800) 408-3617 |
| 8/10/2012 | Fri | 2:54 P M | TBD | A | 0:00:05 | (800) 408-3617 |
| 8/11/2012 | Sat | 11:02 A M | TBD | C | 0:00:56 | (800) 408-3617 |
| 8/13/2012 | Mon | 11:03 A M | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/13/2012 | Mon | 2:17 P M | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/13/2012 | Mon | 8:31 P M | TBD | C | 0:00:37 | (800) 408-3617 |
| 8/14/2012 | Tue | 11:02 A M | TBD | A | 0:00:07 | (800) 408-3617 |
| 8/14/2012 | Tue | 2:06 P M | TBD | A | 0:00:03 | (800) 408-3617 |
| 8/15/2012 | Wed | 1:30 P | TBD | A | 0:00:11 | (800) 408-3617 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | M | | | | |
| 8/15/2012 | Wed | 3:31 PM | TBD | C | 0:00:53 | (800) 408-3617 |
| 8/16/2012 | Thu | 1:36 PM | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/16/2012 | Thu | 3:24 PM | TBD | A | 0:00:04 | (800) 408-3617 |
| 8/17/2012 | Fri | 11:02 AM | TBD | A | 0:00:05 | (800) 408-3617 |
| 8/17/2012 | Fri | 3:09 PM | TBD | A | 0:00:04 | (800) 408-3617 |
| 8/18/2012 | Sat | 11:28 AM | TBD | C | 0:00:55 | (800) 408-3617 |
| 8/20/2012 | Mon | 11:03 AM | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/20/2012 | Mon | 2:26 PM | TBD | C | 0:00:11 | (800) 408-3617 |
| 8/21/2012 | Tue | 11:02 AM | TBD | A | 0:00:04 | (800) 408-3617 |
| 8/21/2012 | Tue | 2:17 PM | TBD | A | 0:00:04 | (800) 408-3617 |
| 8/21/2012 | Tue | 6:12 PM | TBD | C | 0:00:56 | (800) 408-3617 |
| 8/22/2012 | Wed | 1:50 PM | TBD | A | 0:00:04 | (800) 408-3617 |

| 8/22/2012 | Wed | 4:10 PM | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/22/2012 | Wed | 6:08 PM | TBD | C | 0:00:27 | (800) 408-3617 |
| 8/23/2012 | Thu | 1:23 PM | TBD | A | 0:00:05 | (800) 408-3617 |
| 8/23/2012 | Thu | 4:07 PM | TBD | A | 0:00:02 | (800) 408-3617 |
| 8/23/2012 | Thu | 6:07 PM | TBD | C | 0:00:33 | (800) 408-3617 |
| 8/24/2012 | Fri | 11:02 AM | TBD | A | 0:00:05 | (800) 408-3617 |
| 8/24/2012 | Fri | 2:13 PM | TBD | C | 0:00:23 | (800) 408-3617 |
| 8/25/2012 | Sat | 1:17 PM | TBD | C | 0:00:55 | (800) 408-3617 |
| 8/27/2012 | Mon | 11:05 AM | TBD | A | 0:00:05 | (800) 408-3617 |
| 8/27/2012 | Mon | 3:47 PM | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/27/2012 | Mon | 6:29 PM | TBD | C | 0:00:56 | (800) 408-3617 |
| 8/28/2012 | Tue | 11:04 AM | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/28/2012 | Tue | 2:53 | TBD | A | 0:00:04 | (800) 408- |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | P M | | | | 3617 |
| 8/28/2012 | Tue | 6:24 P M | TBD | C | 0:00:55 | (800) 408-3617 |
| 8/29/2012 | Wed | 2:34 P M | TBD | A | 0:00:10 | (800) 408-3617 |
| 8/29/2012 | Wed | 4:08 P M | TBD | A | 0:00:05 | (800) 408-3617 |
| 8/29/2012 | Wed | 8:42 P M | TBD | C | 0:00:55 | (800) 408-3617 |
| 8/30/2012 | Thu | 4:06 P M | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/30/2012 | Thu | 8:43 P M | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/31/2012 | Fri | 11:07 A M | TBD | A | 0:00:11 | (800) 408-3617 |
| 8/31/2012 | Fri | 2:20 P M | TBD | A | 0:00:04 | (800) 408-3617 |
| 8/31/2012 | Fri | 2:52 P M | TBD | C | 0:00:56 | (800) 408-3617 |

64. Defendant Lustig called plaintiff telephone number with an automatic dialing system that had the capability to store numbers.

65. Defendant Lustig called Plaintiffs telephone number 4 times and left a computerized voice message looking for someone other than the plaintiff a violation of the Federal Debt Collection Practices Act, MGL 93a, MCRA 940 CMR 7.00 and the Telephone Consumer Protection Act: (iii) to any telephone number

assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio

common carrier service, **or any service for which the called party is charged for the call; on at least**:

06/27/2013 6:41pm from 800-743-8602

06/27/2013 9:46 am from 800-743-8602

06/19/2013 6:43pm from 800-743-8602

06/19/2013 8:54 am from 800-743-8602

66.   Defendant EBay is the parent company of Bill Me Later, defendant Bill Me Later called plaintiff

telephone number with an automatic dialing system that had the capability to store numbers.

67.   Defendant EBay Inc call center for Bill Me Later called Plaintiffs telephone number 30 times looking for

someone other than the plaintiff, plaintiff is suing for 29 phone calls a violation of the MGL 93a, MCRA

940 CMR 7.00 and the Telephone Consumer Protection Act: (iii) to any telephone number assigned to a

paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier

service, **or any service for which the called party is charged for the call;**

68.   EBay Inc, subsidiary Bill me later called plaintiff a total of 30 times from the phone number 866-380-

6584 without verifying if their client still owned the telephone number.

69.   Defendant Fredrick J. Hanna called plaintiff telephone number with an automatic dialing system that had

the capability to store numbers, Hanna Automatic dialing system stored over 6 of the plaintiffs telephone

numbers and called over 30 times.

70.   Defendant Fredrick J. Hanna called Plaintiffs telephone number over 30 times plaintiff is suing for 29

phone calls a violation of the MGL 93a, MCRA 940 CMR 7.00 and the Telephone Consumer Protection

Act: (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized

mobile radio service, or other radio common carrier service, **or any service for which the called party is**

**charged for the call; on at least:**

04:56
P
06/30/2011      Thu        M   00:00:36   8666001115   7706121744

| Date | Day | Time | Duration | Number | Number |
|---|---|---|---|---|---|
| 06/03/2011 | Fri | 11:01 AM | 00:04:17 | 8666001115 | 7706121923 |
| 03/18/2011 | Fri | 09:51 AM | 00:02:27 | 8666001115 | 7706128034 |
| 08/10/2011 | Wed | 10:38 AM | 00:00:37 | 8666001115 | 7706128034 |
| 08/09/2011 | Tue | 12:23 PM | 00:00:40 | 8666001115 | 7706128214 |
| 08/10/2011 | Wed | 10:39 AM | 00:00:38 | 8666001115 | 7706129532 |
| 08/17/2011 | Wed | 01:01 PM | 00:00:29 | 8666001115 | 7706129532 |
| 08/12/2011 | Fri | 08:35 AM | 00:00:22 | 7813444352 | 7709889055 |
| 08/12/2011 | Fri | 08:35 AM | 00:00:21 | 4133282070 | 7709889055 |
| 10/31/2011 | Mon | 09:50 AM | 00:00:26 | 4133282070 | 7709889055 |
| 10/31/2011 | Mon | 09:50 AM | 00:00:26 | 7813444352 | 7709889055 |
| 01/21/2012 | Sat | 09:25 AM | 00:00:34 | 7813444352 | 7709889055 |
| 01/21/2012 | Sat | 09:25 AM | 00:00:34 | 4133282070 | 7709889055 |
| 01/25/2012 | Wed | 08:36 AM | 00:00:43 | 8002801488 | 7709889055 |
| 01/25/2012 | Wed | 08:57 AM | 00:00:45 | 8002801488 | 7709889055 |
| 02/13/2012 | Mon | 05:25 PM | 00:00:37 | 7813444352 | 7709889055 |
| 02/16/2012 | Thu | 08:42 AM | 00:01:17 | 7813444352 | 7709889055 |

| Date | Day | Time | Duration | Number | Number |
|---|---|---|---|---|---|
| | | M 10:02 A | | | |
| 02/18/2012 | Sat | M 01:45 P | 00:00:22 | 7813444352 | 7709889055 |
| 02/22/2012 | Wed | M 11:38 A | 00:02:42 | 7813444352 | 7709889055 |
| 02/29/2012 | Wed | M 11:23 A | 00:00:56 | 7813444352 | 7709889055 |
| 03/02/2012 | Fri | M 11:23 A | 00:00:05 | 7813444352 | 7709889055 |
| 03/02/2012 | Fri | M 08:45 A | 00:00:04 | 7813444352 | 7709889055 |
| 03/16/2012 | Fri | M 03:52 P | 00:01:22 | 7813444352 | 7709889055 |
| 03/19/2012 | Mon | M 08:31 A | 00:00:29 | 7813444352 | 7709889055 |
| 03/22/2012 | Thu | M 09:54 A | 00:01:34 | 7813444352 | 7709889055 |
| 03/24/2012 | Sat | M 08:37 A | 00:01:22 | 7813444352 | 7709889055 |
| 03/27/2012 | Tue | M 11:48 A | 00:01:18 | 7813444352 | 7709889055 |
| 03/30/2012 | Fri | M 11:50 A | 00:01:51 | 7813444352 | 7709889055 |
| 03/30/2012 | Fri | M 11:51 A | 00:00:29 | 8002801488 | 7709889055 |
| 03/30/2012 | Fri | M 03:44 P | 00:00:34 | 8002801488 | 7709889055 |
| 04/03/2012 | Tue | M 03:45 P | 00:00:59 | 8002801488 | 7709889055 |
| 04/03/2012 | Tue | M 08:09 A | 00:01:44 | 7813444352 | 7709889055 |
| 04/05/2012 | Thu | M 08:11 A | 00:01:35 | 7813444352 | 7709889055 |
| 04/05/2012 | Thu | A | 00:00:56 | 8002801488 | 7709889055 |

| | | M 10:48 A | | | |
|---|---|---|---|---|---|
| 04/07/2012 | Sat | M 10:20 A | 00:00:27 | 8002801488 | 7709889055 |
| 04/11/2012 | Wed | M 10:21 A | 00:00:51 | 8002801488 | 7709889055 |
| 04/11/2012 | Wed | M | 00:02:57 | 7813444352 | 7709889055 |

71. Defendant Midland Credit Management Inc called Plaintiffs telephone number over 60 times with an automatic dialer looking for Sheila King and other individuals, which is a violation of the Federal debt Collection Practices Act, Mgl 93a, MCRA 940 CMR 7.00 and the Telephone Consumer Protection Act: (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call;**

72. Defendant Jefferson called Plaintiffs telephone number several times looking for another individual with an automatic dialer which is a violation of the Federal debt Collection Practices Act, Mgl 93a, MCRA 940 CMR 7.00 and the Telephone Consumer Protection Act: (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call;**

73. Defendant Gary Kreppel called Plaintiffs telephone number several times looking for another individual with an automatic dialer which is a violation of the Federal debt Collection Practices Act, Mgl 93a, MCRA 940 CMR 7.00 and the Telephone Consumer Protection Act: (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call;**

74. Defendant Hollis Cobb called Plaintiffs telephone number 4 times looking for another individual, with an automatic dialer which is a violation of the Federal debt Collection Practices Act, Mgl 93a, MCRA 940 CMR 7.00 and the Telephone Consumer Protection Act: (iii) to any telephone number assigned to a

paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call;**

75. Violating M.G.L. c. 93, (209 CMR 18 et seq) is a violation of 93A:" Failure to comply with the provisions of sections fifty through sixty-seven shall constitute an unfair trade practice under the provisions of clause (a) of section two of chapter ninety-three A." M.G.L. c 93, § 68.Therefore, Defendants violated Chapter 93A, by virtue of violating Chapter 93.

76. Violation of the FDCPA, TCPA and the FRCA Without limiting the scope of any other rule, regulation or statute, an act or practice is a violation of M.G.L. c.93A, s. 2 if . . . (4) It violated the Federal Trade Commission Act, the Federal Consumer Credit Protection Act or other Federal consumer protection statutes within the purview of M.G.L. c. 93A, s. 2." 940 C.M.§3.16.Therefore, Defendants violated Chapter 93A by virtue of violating the FDCPA, TCPA and the FCRA.

77. Defendant NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick and EBay & Bill Me Later called the Plaintiff's phone number without prior express permission or for emergency purposes.

78. The communications in question here are all related to the collection of a consumer debt that does not belong to plaintiff.

79. Plaintiff has no prior or present established relationship with any of the Defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick EBay & Bill Me Later.

## Count I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANTS NCO &Capital

80. Plaintiff repeats and re-alleges each and every allegation set forth above as if reasserted and re-alleged here.

81. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

82. Defendants NCO, Capital, is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

83. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

84.  The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

85.  Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

86.  Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant NCO.

87.  At no time did Plaintiff give his consent for Defendant Capital or NCO, to acquire his consumer credit report from any credit reporting agency FCRA in 15 U.S.C. §1681a(r)(4) states: The terms "account" and "electronic fund transfer" have the same meanings as in section 1693a of this title. (2) The term "account" means a demand deposit, savings deposit, or other asset account  (**other than an occasional or incidental credit balance in an open end credit plan** as defined in section 103(i) of this Act), as described in regulations of the Board, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement;

88.  The definition of "account" clearly does not include an account such as a credit card open-end credit account but does include a demand deposit account, savings deposit or other asset account, which is wholly different. The Plaintiff never had any such account so there was obviously no permissible purpose for the credit pull.

89.  Defendant Capital and NCO obtained the CRA consumer credit report for the Plaintiff with no permissible purpose in violation of FCRA, 15 U.S.C. § 1681b. Plaintiff has no idea or indication as to what possible alleged account NCO could claim to have with his and is positive he had no account with NCO, which would come under the definition of account in the FCRA in regard to permissible purpose.

90.  The action of Defendant Capital and NCO obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

**Wherefore, Plaintiff demands judgment for damages against Defendant, NCO & Capital for statutory damages of $1000.00, punitive damages to be determined by this honorable court, attorney's fees, and costs pursuant to 15 U.S.C. § 1681n.**

## COUNT II

### VIOLATION OF FAIR DEBT COLLECTION
### PRACTICES ACT (FDCPA), 15 U.S.C. §1692
### BY DEFENDANTS NCO, Action, Capital, HSBC, Gary, Jefferson, Midland, Lustig.

91.  Plaintiff repeats and re-alleges each and every allegation set forth above as if reasserted and re-alleged here.

92.  Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

93.  Defendants NCO, Action, Capital, HSBC, Gary, Jefferson, Midland, Lustig are debt collector within the meaning of the FDCPA, 15 U.S.C. §1692 a (6).

94.  Defendants NCO, Action, Capital, HSBC, Gary, Jefferson, Midland, Lustig, violated the FDCPA. Defendant's violations include, but are not limited to, the following:

A.  Defendants  NCO, Action, Capital, HSBC, Gary, Jefferson, Midland, Lustig willfully violated FDCPA, 15 U.S.C 1692 f (1) by attempting to collect a debt not authorized by an agreement debt.

B.  Defendants NCO, Action, Capital, HSBC, Gary, Jefferson, Midland, Lustig willfully violated FDCPA, 15 U.S.C. 1692 b (2) by stating that the consumer owes any debt.

C.  Defendants NCO, Action, Capital, HSBC, Gary, Jefferson, Midland, Lustig willfully violated FDCPA, 15 U.S.C1692 e (10) by falsely representing or using deceptive means to collect a debt.(Using a phone system that calls you with another person's number showing)

D.  Defendants NCO, Action, Capital, HSBC, Gary, Jefferson, Midland, and Lustig willfully violated 1692 f (5) by causing charges to be made to consumer's (Plaintiff's) telephone bill.

E. Defendants NCO, Action, Capital, HSBC, Gary, Jefferson, Midland, Lustig violated 15 U.S.C. §1692d

by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person.

**WHEREFORE, Plaintiff respectfully request judgment to be entered against Defendants NCO,**

**Action, Capital, HSBC, Gary, Jefferson, Midland, Lustig, for the following; Statutory damages of**

**$1,000 pursuant to the Fair Debt Collection Practices Act,15 U.S.C. §1692 k. and any other relief**

**that this Honorable Court deems appropriate.**

COUNT III

Violation of MGL c. 93A<br>
Unfair or Deceptive Acts or Practices in Violation of G. L. c. 93A,§ 2<br>
BY DEFENDANTS NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick, Bill Me<br>
Later and EBay.

95. Plaintiff repeats and re-alleges each and every allegation set forth above as if reasserted and re-alleged here.

96. Defendant's NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay refused to send Plaintiff copies of verification and or validation that were sent to them.

97. Defendants NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay refused to correct their reporting errors of Plaintiffs Credit Report that subjected Plaintiff to denial of credit.

98. Defendants NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay violated the TCPA, FDCPA, FCRA and the TCPA, which is an automatic violation of the Massachusetts Unfair Trade Practices Act.

99. Defendants NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay refused to stop all calls after Plaintiff sent several requests by mail and verbally informed there call centers.

100. Defendant NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay intentional called Plaintiff and made Plaintiff phone ring and required Plaintiff to stop

what he was doing and to answer a (ROBO) automatic telephone dialing system and it caused Plaintiff harm and Plaintiff needs relief.

**WHEREFORE**, Plaintiff prays that this honorable Court award him damages from Defendants NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay for the claims set forth herein including litigation fees and costs, sleep and emotional stress, Compensatory, Actual and punitive damages, damages to credit and any other and further relief which is just and proper under the circumstances.

## COUNT IV

## VIOLATIONS OF THE TELEPHONE

## COMMUNICATIONS PRACTICES ACT 47 U.S.C. §227

## BY DEFENDANTS NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick, Bill Me Later and EBay.

101. Plaintiff repeats and re-alleges each and every allegation set forth above as if reasserted and re-alleged here.

102. Defendant NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) **(iii)** by using an automatic telephone dialing system to call Plaintiff's cell phone.

103. Defendants NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(iii) by calling the Plaintiff's phone number, which is assigned to a cellular telephone service contrary 47 U.S.C. **§227(b)(1)(A)(iii)** which states in part;

(1) PROHIBITIONS.—it shall be unlawful for any person within the United States or any person outside the United States if the recipient is within the United States—

(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

WHEREFORE, Plaintiff demands judgment for damages against defendants NCO, Action, Capital, Hollis,

HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay for actual and or statutory

damages, and punitive damages, attorney's fees and costs.

## COUNT V
### VIOLATIONS OF THE TELEPHONE
### COMMUNICATIONS ACT 47 U.S.C. §227(b)(2)(5) BY DEFENDANTS
### NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick, Bill Me Later and EBay

104. Plaintiff repeats and re-alleges each and every allegation set forth above as if reasserted and re-alleged here.

105. Defendants NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(2)(5) by calling the Plaintiff's phone number, more than once during a 12 month period.

106. Defendants NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay called the Plaintiff's telephone phone for which the called party is charged for the call, contrary to 47 U.S.C. §227(b)(2)(5).

WHEREFORE, Plaintiff demands judgment for damages against defendants NCO, Action, Capital,

Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay for actual and or

statutory damages, and punitive damages, attorney's fees and costs.

## COUNT VI

### VIOLATIONS OF THE MASSACHUSETTE DEBT COLLECTION REGULATIONS ACT BY
### DEFENDANTS NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill

### Me Later and EBay

107. Plaintiff repeats and re-alleges each and every allegation set forth above as if reasserted and re-alleged here.

108. NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick ,Bill Me Later and EBay to the plaintiffs telephone number defendants knew or should have known that the phone calls made inconvenient to the consumer, such communication are prohibited by 15 U.S.C 1692c (a)(1). Plaintiff demands $500.00 per each cause of action.

109. Defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick ,Bill Me Later and EBay are debt collector within the meaning of §CMR 7.03

110. Defendants NCO,Action,Capital,Hollis,HSBC,Gary,Jefferson,Midland,Lustig,Fredrick ,Bill Me Later and EBay violated § CMR 7.04 by (d) Communicating by telephone without disclosure of the name of the business or company of the creditor and without disclosure of the first and last name of the individual making such communication or a first name and a personal identifier for such individual such as a code or alias, provided however, that any such individual utilizing a personal identifier shall use only one such personal identifier at all times and provided that a mechanism is established by the creditor to identify the person using such personal identifier;

(e) Causing expense to any debtor in the form of long distance or collect telephone calls, text messaging, download fees, data usage fees, or other similar charges, except the creditor may place non-collect telephone calls to the debtor's place of residence, cellular telephone, or other telephone number provided by the debtor as his/her personal telephone number, subject to the limitations set forth in Section 7.04(1)(f);

(i) Failing to send the debtor the following notice in writing within 30 days after the first communication to a debtor at his place of employment regarding any debt, provided that a copy of the notice shall be sent every six months thereafter so long as collection activity by the creditor on the debt continues and the debtor has not made a written request as described in 940 CMR 7.04(1)(h):

WHEREFORE, Plaintiff demands judgment for damages against NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill Me Later and EBay for actual and or statutory damages, and punitive damages, attorney's fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 11st day of September, 2013.

**Paul Jones**

**572 Park Street**

**Stoughton, Ma 02072**

**PJ22765@gmail.com**

**September 11,2013**

## VERIFICATION OF COMPLAINT AND CERTIFICATION

### STATE OF MASSACHUSETTS

### Plaintiff, Paul Jones, states as follows

I am the Plaintiff in this civil proceeding.
I believe that this civil Complaint is well grounded in fact and warranted by existing
law or by a good faith argument for the extension, modification or law.

I believe that this civil complaint is not interposed for any improper purpose, such as to harass any
Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation
to any Defendant(s), named in this Complaint. I have filed this complaint in good faith and solely for the
purposes set forth in it. Each and every exhibit which has been attached to this complaint is true and correct
copy of the original.

Except for clearly indicated redactions made by me where appropriate, I have not altered, changed, modified or
fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten
notations.

Pursuant to 28 U.S.C. § 1746(2), I, Paul Jones, hereby declare (or certify, verify or state) under penalty of
perjury that the foregoing is true and correct.

Paul Jones
Pj22765@gmail.com

DATE: September 11, 2013