# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

PAUL JONES,                                    )
                                               )
     Plaintiff,                                )
                                               )
v.                                             )
                                               )      CIVIL ACTION NO.
NCO FINANCIAL SERVICES, ACTION COLLECTION )      1:13-CV-12101-DJC
AGENCY, CAPITAL ONE CREDIT CARD, HOLLIS        )
COBB RECEIVABLE MANAGEMENT                     )
PROFESSIONALS, HSBC CARD SERVICE INC.,         )
THE LAW OFFICES OF GARY H. KREPPEL, P.C.,      )
JEFFERSON CAPITAL SYSTEMS LLC., MIDLAND        )
CREDIT MANAGEMENT INC., LUSTIG, GLASER &       )
 WILSON P.C., FREDRICK J HANNA, EBAY INC.,     )
BILL ME LATER,                                 )
                                               )
     Defendants.                               )
_____)

## THE LAW OFFICES OF GARY H. KREPPEL, P.C.'S ANSWER TO THE FIRST AMENDED COMPLAINT

The Law Offices of Gary H. Kreppel, P.C. (hereafter "Kreppel Law Office") answers the First Amended Complaint of Paul Jones (hereafter "Jones") as follows:

### Parties

1. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 1 of the First Amended Complaint and calls upon Jones to prove the same.

2. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 2 of the First Amended Complaint and calls upon Jones to prove the same.

1

3. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 3 of the First Amended Complaint and calls upon Jones to prove the same.

4. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 4 of the First Amended Complaint and calls upon Jones to prove the same.

5. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 5 of the First Amended Complaint and calls upon Jones to prove the same.

6. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 6 of the First Amended Complaint and calls upon Jones to prove the same.

7. Upon information and belief there is no entity named "The Law Office of Gary H. Kreppel".  Kreppel Law Office believes Jones refers to The Law Offices of Gary H. Kreppel, P.C.  Kreppel Law Office admits that The Law Offices of Gary H. Kreppel, P.C. is located at 33 Boston Post Road West, Suite 590, Marlborough, MA, and is a law firm.  Kreppel Law Office denies the remaining allegations contained in paragraph 7 of the First Amended Complaint.

8. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 8 of the First Amended Complaint and calls upon Jones to prove the same.

9.  Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 9 of the First Amended Complaint and calls upon Jones to prove the same.

10. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 10 of the First Amended Complaint and calls upon Jones to prove the same.

11. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 11 of the First Amended Complaint and calls upon Jones to prove the same.

12. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 12 of the First Amended Complaint and calls upon Jones to prove the same.

13. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 13 of the First Amended Complaint and calls upon Jones to prove the same.

**Jurisdiction**

13. Paragraph 13 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Kreppel Law Office notes that Jones improperly pleads paragraph "13" in two consecutive paragraphs.

14. Paragraph 14 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office denies the allegations contained therein.

15. Paragraph 15 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

16. Paragraph 16 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

**Facts**

17. Paragraph 17 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office denies the allegations contained therein.

18. Paragraph 18 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to determine the definition of "an established business relationship" as alleged in paragraph 18 of the First Amended Complaint.  Kreppel Law Office denies the remaining allegations contained in paragraph 18 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

19. Kreppel Law Office denies each and every allegation contained in paragraph 19 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

20. Kreppel Law Office denies making any calls to the Plaintiff.  Kreppel Law Office denies the remaining allegations contained in paragraph 20 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

21. Kreppel Law Office denies making any calls to the Plaintiff.  Kreppel Law Office denies the remaining allegations contained in paragraph 21 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

22. Paragraph 22 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations regarding his "service" as alleged in paragraph 22 of the First Amended Complaint.  Kreppel Law Office denies the remaining allegations contained in paragraph 22 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

23. Kreppel Law Office denies each and every allegation contained in paragraph 23 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

24. Kreppel Law Office denies each and every allegation contained in paragraph 24 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.  Moreover, this paragraph sets forth inappropriate accusations and should be stricken from the record.

25. Kreppel Law Office is without sufficient knowledge to determine which "Defendant" Jones directs the allegations to in paragraph 25 of the First Amended Complaint. Furthermore, Kreppel Law Office is without sufficient knowledge to determine what Jones refers to when stating "these calls" in paragraph 25 of the First Amended Complaint.  Kreppel Law Office denies the remaining allegations contained

paragraph 25 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

26. Kreppel Law Office admits that on or about July 9, 2013 it received correspondence signed by an individual purporting to be Jones.  The content of said correspondence speaks for itself.  Kreppel Law Office denies the remainder of paragraph 26 of the First Amended Complaint.

27. Paragraph 27 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office admits that Jones did not "provide prior express permission" for Kreppel Law Office to call any of Jones's alleged telephone numbers.  Kreppel Law Office denies the remaining allegations contained in paragraph 27 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

28. Paragraph 28 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to determine the definition of "established business relationship" as alleged in paragraph 28 of the First Amended Complaint.  Kreppel Law Office denies the remaining allegations contained in paragraph 28 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

29. Kreppel Law Office denies each and every allegation contained in paragraph 29 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

30. Kreppel Law Office is without sufficient knowledge to admit or deny the allegation that "Plaintiff has a contract with his phone provider for 2000 minutes per month" and calls upon Jones to prove the same.  Kreppel Law Office denies the remaining allegations contained in paragraph 30 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

31. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 31 of the First Amended Complaint and calls upon Jones to prove the same.

32. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 32 of the First Amended Complaint and calls upon Jones to prove the same.

33. Paragraph 33 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office denies the allegations contained therein.

34. Kreppel Law Office denies each and every allegation contained in paragraph 34 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

35. Paragraph 35 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office denies the allegations contained therein.

36. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 36 of the First Amended Complaint and calls upon Jones to prove the same.

37. Paragraph 37 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office denies the allegation that it "had a duty to make sure that [its] client still owned the number…" as Jones has not alleged that Kreppel Law Office's "client" ever owned any of Jones's alleged telephone numbers. Kreppel Law Office denies the remaining allegations contained in paragraph 37 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

38. Kreppel Law Office denies each and every allegation contained in paragraph 38 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

39. Kreppel Law Office denies each and every allegation contained in paragraph 39 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

40. Paragraph 40 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 40 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

41. Kreppel Law Office denies that the statements contained in paragraph 41 of the First Amended Complaint require a response from Kreppel Law Office as they do not

constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

42. Paragraph 42 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

43. Kreppel Law Office admits that it briefly exchanged correspondence with Jones prior to the commencement of this action.  Kreppel Law Office denies the allegation that Jones "tried to be reasonable" with Kreppel Law Office.  Kreppel Law Office denies the remaining allegations contained in paragraph 43 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

44. Kreppel Law Office denies that the statements contained in paragraph 44 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

45. Kreppel Law Office denies that the statements contained in paragraph 45 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

46. Kreppel Law Office denies that the statements contained in paragraph 46 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

47. Kreppel Law Office denies that the statements contained in paragraph 47 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law is required to respond, Kreppel Law Office denies the allegations contained therein to the extent said allegations are directed to Kreppel Law Office.

48. Kreppel Law Office denies the allegation that anyone at Kreppel Law Office spoke with Jones at any time.  Kreppel Law Office admits that it briefly exchanged correspondence with Jones prior to the commencement of this action.  Kreppel Law Office denies the remaining allegations contained in paragraph 48 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

49. Kreppel Law Office denies each and every allegation contained in paragraph 49 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

50. Kreppel Law Office is without sufficient knowledge to determine the definition of "contracted any business" as alleged in paragraph 50 of the First Amended Complaint.  Kreppel Law Office denies the remaining allegations contained in

paragraph 50 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

51. Kreppel Law Office denies each and every allegation contained in paragraph 51 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

52. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 52 of the First Amended Complaint and calls upon Jones to prove the same.

53. Paragraph 53 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

54. Kreppel Law Office denies that the statements contained in paragraph 54 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

55. Kreppel Law Office denies that the statements contained in paragraph 55 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

56. Kreppel Law Office denies that the statements contained in paragraph 56 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

57. Paragraph 57 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 57 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

58. Paragraph 58 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 58 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

59. Paragraph 59 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 59 of the First Amended Complaint

require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

60. Kreppel Law Office denies that the statements contained in paragraph 60 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

61. Paragraph 61 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 61 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

62. Kreppel Law Office denies that the statements contained in paragraph 62 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

63. Paragraph 63 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 63 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

64. Kreppel Law Office denies that the statements contained in paragraph 64 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

65. Paragraph 65 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 65 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

66. Kreppel Law Office denies that the statements contained in paragraph 66 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel

Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

67. Paragraph 67 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 67 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

68. Kreppel Law Office denies that the statements contained in paragraph 68 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

69. Kreppel Law Office denies that the statements contained in paragraph 69 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

70. Paragraph 70 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 70 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

71. Paragraph 71 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 71 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

72. Paragraph 72 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 72 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

73. Kreppel Law Office denies each and every allegation contained in paragraph 73 of the First Amended Complaint.

74. Paragraph 74 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond. Furthermore, Kreppel Law Office denies that the statements contained in paragraph 74 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office. To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

75. Paragraph 75 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond. To the extent Kreppel Law Office is required to respond, Kreppel Law Office denies the allegations contained therein to the extent said allegations are directed to Kreppel Law Office.

76. Paragraph 76 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond. To the extent Kreppel Law Office is required to respond, Kreppel Law Office denies the allegations contained therein to the extent said allegations are directed to Kreppel Law Office.

77. Kreppel Law Office denies each and every allegation contained in paragraph 77 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

78. Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained in paragraph 78 of the First Amended Complaint and calls upon Jones to prove the same.

79. Paragraph 79 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond. To the extent Kreppel Law Office is

required to respond, Kreppel Law Office is without sufficient knowledge to determine the definition of "prior or present existing relationship" as alleged in paragraph 79 of the First Amended Complaint.  Kreppel Law Office denies the remaining allegations contained in paragraph 79 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

<u>**Count I**</u>
**VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681**
**WILLFUL NON-COMPLIANCE BY THE DEFENDANTS NCO & Capital**

80. Kreppel Law Office repeats and re-alleges its responses to each and every allegation set forth above as if its responses were reasserted and re-alleged here.

81. Paragraph 81 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

82. Paragraph 82 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

83. Paragraph 83 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

84. Paragraph 84 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

85. Paragraph 85 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.

86. Paragraph 86 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 86 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations

asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

87. Paragraph 87 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 87 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

88. Paragraph 88 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 88 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

89. Paragraph 89 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 89 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to

respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

90. Paragraph 90 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  Furthermore, Kreppel Law Office denies that the statements contained in paragraph 90 of the First Amended Complaint require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office is without sufficient knowledge to admit or deny the allegations contained therein and calls upon Jones to prove the same.

Kreppel Law Office denies that the statements contained in the WHEREFORE paragraph require a response from Kreppel Law Office as they do not constitute allegations asserted against Kreppel Law Office.

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION
## PRACTICES ACT (FDCPA), 15 U.S.C. § 1692
## BY DEFENDANTS NCO, Action, Capital, Hollis, SBC, Gary, Jefferson, Midland and Lustig

91. Kreppel Law Office repeats and re-alleges its response to each and every allegation set forth above as if its responses were reasserted and re-alleged here.

92. Paragraph 92 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office denies the allegations contained therein.

93. Paragraph 93 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office admits it is a law firm.  Kreppel Law Office

denies the remaining allegations contained in paragraph 93 of the First Amended

Complaint.

94. Kreppel Law Office denies each and every allegation contained in paragraph 94 of

the First Amended Complaint, including all subparts, to the extent said allegations are

directed to Kreppel Law Office.

Kreppel Law Office denies each and every allegation contained in the WHEREFORE

paragraph of the First Amended Complaint to the extent said allegations are directed to Kreppel

Law Office.  Furthermore, Kreppel Law Office denies that Jones is entitled to any statutory

damages or any other relief from or against Kreppel Law Office.

### COUNT III
### Violation of MGL c. 93A
### Unfair or Deceptive Acts or Practices in Violation of G.L.c. 93A, § 2
### BY DEFENDANTS NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick and EBay.

95. Kreppel Law Office repeats and re-alleges each and every response to the allegations

set forth above as if its responses were reasserted and re-alleged here.

96. Kreppel Law Office denies each and every allegation contained in paragraph 96 of

the First Amended Complaint to the extent said allegations are directed to Kreppel

Law Office.

97. Kreppel Law Office denies each and every allegation contained in paragraph 97 of

the First Amended Complaint to the extent said allegations are directed to Kreppel

Law Office.

98. Kreppel Law Office denies each and every allegation contained in paragraph 98 of

the First Amended Complaint to the extent said allegations are directed to Kreppel

Law Office.

99. Kreppel Law Office denies each and every allegation contained in paragraph 99 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

100. Kreppel Law Office denies each and every allegation contained in paragraph 100 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

Kreppel Law Office denies each and every allegation contained in the WHEREFORE paragraph of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.  Furthermore, Kreppel Law Office denies that Jones is entitled to any damages or any other relief from or against Kreppel Law Office.

**COUNT IV**
**VIOLATION OF THE TELEPHONE**
**COMMUNICATIONS PRACTICES ACT 47 U.S.C. § 227**
**BY DEFENDANTS NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill and EBay.**

101. Kreppel Law Office repeats and re-alleges each and every response to the allegations set forth above as if its responses were reasserted and re-alleged here.

102. Kreppel Law Office denies each and every allegation contained in paragraph 102 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

103. Kreppel Law Office denies each and every allegation contained in paragraph 103 of the First Amended Complaint, including all subparts, to the extent said allegations are directed to Kreppel Law Office.

Kreppel Law Office denies each and every allegation contained in the WHEREFORE paragraph of the First Amended Complaint, including all subparts, to the extent said allegations

are directed to Kreppel Law Office.  Furthermore, Kreppel Law Office denies that Jones is

entitled to any damages, costs, fees or other relief from or against Kreppel Law Office.

### COUNT V
### VIOLATIONS OF THE TELEPHONE
### COMMUNICATIONS ACT 47 U.S.C. § 227(b)(2)(5) BY DEFENDANTS
### NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig, Fredrick, Bill and
### EBay

104.    Kreppel Law Office repeats and re-alleges its responses to each and every

allegation set forth above as if its responses were reasserted and re-alleged here.

105.    Kreppel Law Office denies each and every allegation contained in paragraph 105

of the First Amended Complaint to the extent said allegations are directed to Kreppel

Law Office.

106.    Kreppel Law Office denies each and every allegation contained in paragraph 106

of the First Amended Complaint to the extent said allegations are directed to Kreppel

Law Office.

Kreppel Law Office denies each and every allegation contained in the WHEREFORE

paragraph of the First Amended Complaint, including all subparts, to the extent said allegations

are directed to Kreppel Law Office.  Furthermore, Kreppel Law Office denies that Jones is

entitled to any actual and/or statutory damages, punitive damages, attorney's fees, costs, or other

relief from or against Kreppel Law Office.

### COUNT VI
### VIOLATIONS OF THE MASSACHUSETTE (sic) DEBT COLLECTION
### REGULATIONS ACT BY
### DEFENDANTS NCO, Action, Capital, Hollis, HSBC, Gary, Jefferson, Midland, Lustig,
### Fredrick, Bill and EBay Inc.

107.    Kreppel Law Office repeats and re-alleges its responses to each and every

allegation set forth above as if its responses were reasserted and re-alleged here.

108.    Kreppel Law Office denies each and every allegation contained in paragraph 108 of the First Amended Complaint to the extent said allegations are directed to Kreppel Law Office.

109.    Paragraph 109 of the First Amended Complaint alleges conclusions of law to which Kreppel Law Office is not required to respond.  To the extent Kreppel Law Office is required to respond, Kreppel Law Office admits it is a law firm that engages in the collection of debts as defined by state and federal law.  Kreppel Law Office denies the remaining allegations contained in paragraph 109 of the First Amended Complaint.

110.    Kreppel Law Office denies each and every allegation contained in paragraph 110 of the First Amended Complaint, including all subparts, to the extent said allegations are directed to Kreppel Law Office.

Kreppel Law Office denies each and every allegation contained in the WHEREFORE paragraph of the First Amended Complaint, including all subparts, to the extent said allegations are directed to Kreppel Law Office.  Furthermore, Kreppel Law Office denies that Jones is entitled to any actual and/or statutory damages, punitive damages, attorney's fees, costs, or other relief from or against Kreppel Law Office.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

The First Amended Complaint fails to state a claim for which relief may be granted on each and every count against Kreppel Law Office.

### Second Affirmative Defense

The allegations against Kreppel Law Office fail for misnomer of a party.

### Third Affirmative Defense

The allegations against Kreppel Law Office are barred by fraud.

### Fourth Affirmative Defense

The allegations against Kreppel Law Office are barred by illegality.

### Fifth Affirmative Defense

The allegations against Kreppel Law Office are barred by the doctrine of laches.

### Sixth Affirmative Defense

The allegations against Kreppel Law Office are barred by the doctrine of unclean hands.

### Seventh Affirmative Defense

The allegations against Kreppel Law Office are barred by the doctrine of waiver.

### Eighth Affirmative Defense

The allegations against Kreppel Law Office are barred by the doctrine of *in pari delicto*.

### Ninth Affirmative Defense

The allegations against Kreppel Law Office are barred by the applicable statute of limitations.

### Tenth Affirmative Defense

Jones is barred from recovery due to his own willful and wanton misconduct.

### Eleventh Affirmative Defense

Jones, by his own conduct, and the conduct of his agents and servants, is estopped to recover any judgment against Kreppel Law Office.

## Twelfth Affirmative Defense

If Jones suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct Kreppel Law Office was not and is not legally responsible.

## Thirteenth Affirmative Defense

Jones failed to mitigate his damages, if any.

## Fourteenth Affirmative Defense

The First Amended Complaint fails to set forth the necessary elements to sustain a valid cause of action under the Federal Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq*).

## Fifteenth Affirmative Defense

The First Amended Complaint was filed in bad faith and solely for the purpose of harassment.  Kreppel Law Office reserves the right to seek costs and reasonable attorney's fees incurred in defending this action, pursuant to 15 U.S.C. § 1692k.

## Sixteenth Affirmative Defense

The First Amended Complaint was signed and filed in violation of Fed. R. Civ. P. 11(b).

## Seventeenth Affirmative Defense

If any violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq*) are found, which Kreppel Law Office denies, then Kreppel Law Office is not liable pursuant to 15 U.S.C. § 1692(c), as such alleged violations were the result of bona fide errors notwithstanding the maintenance of procedures reasonably adopted to avoid any such errors.

## Eighteenth Affirmative Defense

Kreppel Law Office reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, Kreppel Law Office respectfully requests that this Honorable Court enter judgment against Jones and that the First Amended Complaint be dismissed with prejudice along with such other and further relief as this Honorable Court may deem just and proper.

Respectfully submitted,
THE LAW OFFICES OF GARY H. KREPPEL, P.C.,
By its Attorneys,

*/s/ Donald W. Seeley Jr.*                                      *September 13, 2013*
_____              _____
Gary H. Kreppel, Esq. BBO# 279980              Date
Donald W. Seeley Jr., Esq. BBO # 663568
Law Offices of Gary H. Kreppel, P.C.
33 Boston Post Road West, Suite 590
Marlborough, MA 01752
Tel: 508-820-1150 ext. 113
Email: gkreppel@kreppellaw.com
Email: dseeley@kreppellaw.com

<u>Certificate of Service</u>

I, Donald W. Seeley Jr., Esq., hereby affirm that the above Notice of Appearance, filed by ECF will be sent electronically to the participants identified on the Notice of Electronic Filing and that paper copies were sent to the Plaintiff, Paul Jones, 572 Park Street, Stoughton, MA 02072 on September 13, 2013.

*/s/ Donald W. Seeley Jr.*

_____

Donald W. Seeley Jr., Esq.