UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>   Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SERVICES, ACTION COLLECTION AGENCY, CAPITAL ONE CREDIT CARD, HOLLIS COBB RECEIVABLE MANAGEMENT PROFESSIONALS, HSBC CARD SERVICE, INC., THE LAW OFFICES OF GARY H. KREPPEL, P.C., JEFERSON CAPITAL SYSTEMS LLC, MIDLAND CREDIT MANAGEMENT, INC., LUSTIG GLASER & WILSON P.C., FREDERICK J. HANNA, EBAY, INC., BILL ME LATER,<br><br>   Defendants. | CIVIL ACTION NO.:  1:13-cv-12101-DJC |

## NOTICE OF REFERENCE TO MULTIDISTRICT LITIGATION

The Defendant, Midland Credit Management, Inc.( "MCM") , hereby gives notice that it has filed the attached Notice of Tag-Along Actions referring this matter to the Judicial Panel on Multidistrict Litigation in the following matter: *In Re Midland Credit Management TCPA Litigation*, MDL Docket No. 2286 (See Exhibit A).  The Judicial Panel on Multidistrict Litigation has not yet acted upon the Notice of Tag-Along Actions.  In the event that this case is accepted into the Multidistrict Litigation, this matter will be transferred from this Court.

Respectfully submitted,

MIDLAND CREDIT MANAGEMENT, INC.
By Its Attorneys

*/s/ Ranen S. Schechner*
Ranen S. Schechner, BBO #655641
reschechner@hinshawlaw.com
Andrew M. Schneiderman, BBO #666252
aschneiderman@hinshawlaw.com
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109
Tel: 617-213-7000 / Fax: 617-213-7001

Dated:  November 18, 2013

## CERTIFICATE OF SERVICE

I, Ranen S. Schechner hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Ranen S. Schechner*
Ranen S. Schechner

34379374v1 0950835