IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL JONES                                DOCKET NO.113-CV-12101-DJC

**Plaintiff**

V

Jones v. NCO Financial Services et al

**Defendant**

## PLAINTIFF JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant and subject to the provisions of Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the plaintiff and counsel for the defendant have conferred concerning an agenda of matters to be discussed at the scheduling conference (presently scheduled for November 18, 2013) and a proposed pretrial schedule for the case and hereby submit the following Joint Statement:

1.  **Proposed Agenda**

    a.  The parties suggest that an appropriate agenda for the scheduling conference would include setting a pretrial schedule, and establishing the scope of permissible discovery motions, and case management conferences.

2.  **Pending Motion**

    There are currently no pending motions before the court.

3.  **Summary of Position Asserted by Plaintiff**

Plaintiff alleges that defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq., the Telephone Consumer Protection Act, 47 U.S.C. §227(a) et seq., M.G.L. c.93A, and Massachusetts debt collection regulations, 940 C.M.R. 7.00. & the Massachusetts Unfair & Deceptive Trade Practices Act. MGL 93a.

Plaintiff asserts the need for a protective order to be entered by the Court to protect against public disclosure of certain confidential information which the Plaintiff anticipates will be requested by the Defendant in discovery.

4. **Summary of Position Asserted by Defendant**

The defendant denies that it violated any law and asserts the affirmative defenses set forth in its Answer.

The defendant asserts the need for a protective order to be entered by the Court to protect against public disclosure of certain confidential and proprietary information which the defendant anticipates will be requested by the Plaintiff in discovery.

5. **Proposed Pre-Trial Schedule**

    (a)    Initial Disclosures shall be completed no later than November 26, 2013.

    (b)    Fact Discovery: All fact discovery shall be completed on or before July 26, 2014

    (c)    Naming Additional Parties, Amending Pleadings: These requests shall be filed by August 26, 2014 with oppositions due 15 days after their filing.

    (d)    Expert Witness Disclosures: Plaintiff's expert disclosures shall be made on or before August26, 2014 and defendant's disclosures within 30 days after plaintiff's are complete.

    (e)    Expert Discovery: If any, it shall be completed following fact discovery and expert disclosures, by September 1, 2014

(f)   Dispositive Motions: Any such motions shall be filed on or before October 26, 2014

> Oppositions shall be due November 28, 2014   Any reply to opposition shall be due on or before December 13, 2014

### 6.   Trial by Magistrate Judge

The parties do not consent to trial by Magistrate Judge. The parties jointly estimate that the trial will require two or three days.

### 7.   Rule 16.1(c) Settlement Proposals

Plaintiff Paul Jones Pro-se, has sent all Defendants settlement Agreement and all Settlement Agreements have been rejected.

### 8.   Rule 16.1(d)(3) Certifications

These will be submitted separately.


Respectfully submitted,

Paul Jones Prose

**Frederick J. Hanna**
**Midland Credit Management, Inc.**
**By Its Attorney**

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

**Ranen S. Schechner**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com


NCO FINANCIAL SERVICES

By Its Attorney

**Jennifer L. Markowski**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2010
Fax: 617-235-3555
Email: jmarkowski@peabodyarnold.com

## CERTIFICATE OF SERVICE

I Paul Jones the plaintiff certify that I have mailed each participant a copy by USPS first class mail and sent a copy electronically (emailed) to all the participants.


Respectfully submitted,

Paul Jones Prose

**Frederick J. Hanna**
**Midland Credit Management, Inc.**
**By Its Attorney**

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

**Ranen S. Schechner**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com


NCO FINANCIAL SERVICES

By Its Attorney

**Jennifer L. Markowski**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

617-951-2010
Fax: 617-235-3555
Email: jmarkowski@peabodyarnold.com

eir email that is on the docket.