FILED
IN CLERKS OFFICE
2014 JAN 28 P 4: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL M JONES

    **Plaintiff**                                                          **Civil Action No. 1:13-cv-12101-DJC**

V.

NCO Financial Services et al

### Refusal of Consent to Proceed Before a US Magistrate Judge

Now comes the plaintiff Paul Jones to give notice of refusal of consent to proceed before a US Magistrate judge on February 5, 2014 to be heard on Motion to Compel, Motion for oral arguments and Motion for in camera review.

Respectfully Submitted

Paul Jones  *(signature)*     January 28, 2014

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004