UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL M JONES

       Plaintiff                              Civil Action No. 1:13-cv-12101-DJC

       V.

NCO Financial Services et al

Defendants

**MOTION TO DISMISS A CAUSE OF ACTION MEMORANDUM**

Now comes the Plaintiff Paul Jones to clarify that he asks the court to dismiss his Fair Credit Reporting Act. (FCRA) without prejudice.

Introduction

On March 3, 2014, Plaintiff filed a Motion to Dismiss a Cause of Action. [Doc. 82.] The motion seeks to dismiss "the cause of action in count 1, pgs 22 of his First Complaint as to violations of the Fair Credit Reporting Act (FCRA) against Defendant NCO." [Doc. 82.] Plaintiff Paul Jones has not indicated whether he seeks a voluntary dismissal of the FCRA claims without prejudice. Plaintiff intends to re-file a separate lawsuit against NCO for violations of the Fair Credit Reporting Act. (FCRA) and violations of the Telephone Consumer Practices Act (TCPA) along with three other defendants.

Plaintiff has filed a complaint against NCO for violations of the TCPA and NCO has got an order from the Magistrate judge to only answer plaintiff's discovery request for only phone calls to 11 of plaintiff's numbers.

Plaintiff has at least 6 more wireless telephone numbers that the defendant NCO has called him on looking for other individuals, plaintiff has no choice but to file another complaint to address the other 6 or more numbers that defendant NCO has called him on looking for other individuals even after plaintiff informed them verbally and in writing that they had the wrong number.

Plaintiff has a right to hold NCO accountable for their action in violating plaintiffs civil rights, and plaintiff and three other defendants will file a complaint together to hold NCO accountable for their actions for violations of the FCRA and the TCPA and the Massachusetts Debt Collection Regulation Act 940 CMR 7.00 and the Massachusetts Unfair & Deceptive Trade Practices Act MGL 93a.

The Plaintiff now ask the court to dismiss his FCRA claim against defendant NCO without prejudice so that he can address the other 6 or more numbers that NCO has called him on without his express permission and pulling his credit without a permissible purpose along with three other plaintiffs.

Plaintiff has tried his best to work with defendant NCO attorneys to get all discovery needed to move the case forward for all numbers but has been unsuccessful in even getting his first set of discovery request from defendant NCO that was ordered by magistrate judge Bowers on February 6, 20014 to be given to the plaintiff by March 8, 2014 plaintiff has not received it yet and must move forward.

The Defendant did not plead a counter claim on the FCRA cause of action therefore plaintiff asks the court to dismiss the FCRA action without Prejudice

The Federal Rules of Procedure 41 (a) (2) *By Court Order; Effect.* Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with

the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) **is without prejudice**.

Plaintiff requests the court to dismiss his cause of action FCRA without prejudice.

Respectfully Submitted,

By: _____

**Paul Jones**

**572 Park Street**

**Stoughton, Ma 02072**

**Pj22765@gmail.com**

**Shannon M. Geier,**

**Sessions, Fishman, Nathan & Israel, L.L.C.**
Direct: 773.398.7762

sgeier@sessions-law.biz
55 W. Monroe St., Ste.1120

Chicago, IL 60603

**Jennifer L. Markowski**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2010
Fax: 617-235-3555
Email: jmarkowski@peabodyarnold.com

Ranen S. Schechner

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

## CERTIFICATION & AFFIRMATION OF SERVICE

I, Paul Jones, hereby certify and declare that a true and correct copy of the above and foregoing Amended complaint was mailed on March 24, 2014, thru the U.S. Certified Mail to the parties listed below.

**PAUL M. JONES, pro se**
/s/ Paul M. Jones
_____
572 Park Street
Stoughton MA 02072
Pj22765@gmail.com

**Jennifer L. Markowski**
Peabody & Arnold LLP
Federal Reserve Plaza

600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2010
Fax: 617-235-3555
Email: jmarkowski@peabodyarnold.com

**Ranen S. Schechner**

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

**Shannon M. Geier,**

**Sessions, Fishman, Nathan & Israel, L.L.C.**
Direct: 773.398.7762

sgeier@sessions-law.biz
55 W. Monroe St., Ste.1120

Chicago, IL 60603