# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>        Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SERVICES, ACTION COLLECTION AGENCY, CAPITAL ONE CREDIT CARD, HOLLIS COBB RECEIVABLE MANAGEMENT PROFESSIONALS, HSBC CARD SERVICE, INC., THE LAW OFFICES OF GARY H. KREPPEL, P.C., JEFFERSON CAPITAL SYSTEMS, LLC, FJH MANAGEMENT, INC., LUSTIG GLASER & WILSON, P.C., FREDERICK J. HANNA, EBAY, INC., BILL ME LATER, MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendants. | CIVIL ACTION NO: 1:13-cv-12101-DJC |

## FREDERICK J. HANNA & ASSOCIATES, P.C.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendant, Frederick J. Hanna & Associates, P.C. ("FJH"), hereby files its Motion for Judgment on the Pleadings on Counts III through VI of Plaintiff's Amended Complaint.   In support of its motion, FJH submits the accompanying memorandum of law.

Respectfully submitted,
FREDERICK J. HANNA & ASSOCIATES, P.C.
By Its Attorneys


____/s/ Andrew M. Schneiderman____
Ranen S. Schechner, BBO #655641
rschechner@hinshawlaw.com
Andrew M. Schneiderman, BBO #666252
aschneiderman@hinshawlaw.com
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109
Dated: April 29, 2014                            Tel: 617-213-7000 / Fax: 617-213-7001


## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). A true and accurate copy of the foregoing document to counsel of record by first class mail, postage prepaid and electronic mail as follows:

Paul Jones
572 Park Street
Stoughton, MA 02072


_/s/ Andrew M. Schneiderman_____
Andrew M. Schneiderman


## LR, D. MASS 7.1(A)(2) CERTIFICATE

FJH's counsel communicated with Plaintiff in a good faith effort to resolve the issues presented herein, but the parties were unable to resolve or narrow those issues.


/s/ Andrew M. Schneiderman_____
Andrew M. Schneiderman

34415654v1 0951092

3

34415654v1 0951092