AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Paul Jones | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-12101 (DJC) |
| NCO Financial Services et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Paul Jones

Date: 07/14/2014

*Corinne Reed*
*Attorney's signature*

Corinne Reed 687621
*Printed name and bar number*

85 Merrimac Street
4th Floor
Boston, Ma 02114

*Address*

reed@kkcllp.com
*E-mail address*

(617) 357-5500
*Telephone number*

(617) 357-5030
*FAX number*